[Criminal No. 110.]

NICK BOOTH, Appellant, v. THE TERRITORY OF ARI-
ZONA, Respondent.

APPEAL from the District Court of the Second Judicial
District in and for the County of Gila.   O. T. Rouse, Judge.

E. J. Edwards, for Appellant.

Thomas D. Satterwhite, Attorney-General, for Respondent.

January 18, 1896.   Affirmed.

[Civil No. 529.]

C. A. LUKE, Appellant, v. JOHN ALLEN, Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa.   A. C. Baker,
Judge.

No appearance for Appellant.

Pierce Evans, for Appellee.

January 18, 1896.   Affirmed.

[Civil No. 458.]

THOMAS   D.   SATTERWHITE,   Appellant,   v.   PIMA
COUNTY, Appellee.

APPEAL from the District Court of the First Judicial
District in and for the County of Pima.   J. D. Bethune,
Judge.

Rochester Ford, for Appellant.

Charles W. Wright, for Appellee.

January 20, 1896.   Affirmed.